

James Odell
(608) 535-1550
James@StrangBradley.com

September 30, 2024

The Honorable Judge Boor
United States Courthouse
120 North Henry Street
Room 560
(**by electronic filing only**)

    Re:   *Joint Motion Seeking Court Order for Disclosure of Records*
            *K.H. v. State of Wisconsin et al, 3-23-cv-00683*

Dear Judge Boor,

The parties filed a joint motion seeking an order authorizing the disclosure of a taped interview conducted of the plaintiff in this case, K.H. (Dkt # 12). The Court ordered further briefing and information. (Dkt # 13).

Since the motion was filed, the parties have obtained a copy of the recording, mooting the need for any further action by the Court. The parties no longer require any action by the Court, and so they move to withdraw the joint motion. In the alternative, the Court may simply deny the motion as moot.

I have spoken with counsel for the Defendant, Rebecca Paulson, who has authorized me to represent that they join in this request.

                      Sincerely,

                      STRANG BRADLEY, LLC

                      James Odell